820

No. 116. POLAROID CORP. *v.* POLARAD ELECTRONICS CORP. C. A. 2d Cir. Certiorari denied. *Donald L. Brown, Isaac M. Barnett* and *Tracy R. V. Fike* for petitioner. *Morris Relson* for respondent.

No. 119. LOCAL 19, INTERNATIONAL BROTHERHOOD OF LONGSHOREMEN, AFL-CIO *v.* NATIONAL LABOR RELATIONS BOARD. C. A. 7th Cir. Certiorari denied. *Harold A. Katz* and *Irving M. Friedman* for petitioner. *Solicitor General Cox, Stuart Rothman, Dominick L. Manoli* and *Norton J. Come* for respondent.

No. 120. CHAMBERLIN ET UX. *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 7th Cir. Certiorari denied. *Harvey W. Peters* for petitioners. *Solicitor General Cox, Assistant Attorney General Oberdorfer* and *A. F. Prescott* for the United States.

No. 126. MOHAMMED *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied. *William R. Ming, Jr.* and *George N. Leighton* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 132. HARRIS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. *O. B. Cline, Jr.* for petitioner. *Solicitor General Cox* for the United States.

No. 129. DELAY ET AL. *v.* MANES. Court of Appeals of Franklin County, Ohio. Certiorari denied. *George E. Tyack* for petitioners. *Paul Tague* and *J. Paul McNamara* for respondent.